IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAUL BELL | ) | Case No. 07-80572 |
|     SSN: xxx-xx-0956 | ) | Chapter 13 |
| | ) | |
| 917 W. AVENUE E. | ) | |
| GARLAND, TX 75040 | ) | |
|                    Debtor(s). | ) | |

REPORT OF TRUSTEE OF
UNCLAIMED DIVIDENDS AND OTHER MONIES

     Pursuant to 11 U.S.C. § 347(a) and F. R. B. P. 3011, the undersigned Trustee administering the above entitled estate does herewith report that there exists dividends or other monies which have remained unclaimed for more than ninety (90) days after the final distribution in this case.

     The following is a list of the names and last known addresses of the persons entitled to payment and the amount of such payment remaining unclaimed:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Alma Powell | 546 County Road 183<br>Carthage, TX 75633-5344 | $0.04 |

     The undersigned Trustee hereby remits to the Court Registry for proper disposal unclaimed funds in the amount of $0.04 reflected in Check No. 353733.

Dated: August 31, 2009

/s/ William M. Bonney
William M. Bonney, OBA #12221
Standing Chapter 13 Trustee
215 State Street, Suite 1000
P.O. Box 1548
Muskogee, OK 74402-1548
Phone: 918/683-3840
Fax: 918/683-3302
bonney@13okeb.com